THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Petitioner,
 v.
 Charles Allen Henderson, Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Greenville County
 James C. Williams, Jr., Circuit Court
 Judge
Memorandum Opinion No. 2009-MO-018
Heard January 21, 2009  Filed April 13,
 2009   

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General David
 A. Spencer, all of Columbia, and Robert Mills Ariail, of Greenville, for
 Petitioner.
 Appellate
 Defender M. Celia Robinson, of South Carolina Commission on Indigent Defense, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  For the reasons given in State v.
 Covert, ____ S.C. ____, ____ S.E.2d ____ (2009), the decision of the
 Court of Appeals reversing and remanding this case[1] is 
AFFIRMED.
WALLER,
 PLEICONES, BEATTY, JJ., and Acting Justice James E. Moore, concur. TOAL, C.J.,
 concurring in result.

[1] State v. Henderson, 2006-UP-037 (S.C. Ct. App. filed January 18, 2006).